ACCEPTED
01-18-00033-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 1:58 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-18-00033-CR & 01-18-00034-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/25/2018 1:58:50 PM

CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS

# OF TEXAS

# FIRST SUPREME JUDICIAL DISTRICT

## SCOTT RICHARD PENDERGRAFT, APPELLANT

## VS.

## STATE OF TEXAS, APPELLEE

# MOTION FOR EXTENSION OF TIME
# WITHIN WHICH TO FILE APPELLANT'S BRIEF
# OR
# IN THE ALTERNATIVE ABATE THE APPEAL

**TERRENCE GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500**

**NO. 1512987 & 1512988**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SCOTT RICHARD PENDERGRAFT | § | 262ND JUDICIAL DISTRICT |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLANT'S BRIEF
OR
IN THE ALTERNATIVE ABATE THE APPEAL**

NOW COMES SCOTT RICHARD PENDERGRAFT, appellant in the above-captioned cause, by and through his attorney, TERRENCE GAISER, and files his Motion for Extension of time within which to file Appellant's Brief or in the alternative Abate the Appeal; for which he would show:

1) These are appeals from convictions for the offense of fraudulent possession of identifying information (Cause Number 15112987) and for the offense of securing execution of a document by deception (Cause Number 1512988). Punishment was assessed at one year confinement in the state jail for the former and five years confinement in the penitentiary for the latter. Notices of appeal were timely filed. The certifications of

appellant's right to appeal appear of record by way of supplemental clerk's records in each case.

2) This is the second requested extension of time. The brief was due May 7, 2018.

3) Appellant would request an extension of time to file the brief to and including the 15th day of June, 2018,

4) For good cause counsel for the appellant would show that he has not had time to complete the brief in this cause for the following reasons:

Counsel believes that, in all probability, this is a frivolous appeal. Nevertheless counsel is unable to certify that he has read and reviewed the entire record. At the punishment hearing in this case the trial court ordered that the State's Exhibit # 1, the presentence investigation, which was admitted in evidence without objection, be sealed. When counsel attempted to obtain the exhibit he sought and obtained an order that he be allowed to examine the exhibit and thereafter the record be supplemented. A copy or the order is attached to this motion. Counsel learned from the court-reporter that the exhibit was not filed but it would be filed. Counsel has presented the order to the District Clerk and the court reporter from the hearing. To date, counsel has received no indication that the exhibit has been filed and no indication that the record has been supplemented.

Counsel has been in a capital murder trial for the past two weeks and has not had time to pursue this motion, and counsel will be on vacation overseas for a week.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this appeal be abated for the filing of a supplemental record that will allow appellant to prepare appellant's brief, or in the alternative if the court is able to exercise its powers to have this done immediately, for an extension of time to file the Appellant's Brief to and including June 15, 2018.

RESPECTFULLY SUBMITTED,

S/Terrence A. Gaiser
TERRENCE A. GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500
tagaiser@aol.com

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF WAS SERVED ON ALL PARTIES ACCORDING TO THE RULES.

S/Terrence A. Gaiser
TERRENCE A. GAISER

4